**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No. 96-50029
Summary Calendar

CONNIE MICHELE REGER, ET AL.,

Plaintiffs,

DENA RECHEL LATTA

Plaintiff-Appellant,

VERSUS

CITY OF AZLE, ET AL.,

Defendants,

CITY OF AZLE; HARRY DULIN

Defendants-Appellees.

Appeal from the United States District Court
For the Western District of Texas
(A-95-CV-164)

December 17, 1996

Before JONES, DeMOSS and PARKER, Circuit Judges.

PER CURIAM:[*]

The summary judgment in favor of the defendants is AFFIRMED

for the reasons given in the Magistrate Judge's Interim Report and

---

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

Recommendation which was approved and adopted by the district court in its order dated December 5, 1995.